UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING INSURANCE, INC., | No. 2:19-cv-01349-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL A. DIMANNO and ACCUIRE, LLC, | |
| Defendants. | |
| | |
| MICHAEL A. DIMANNO and ACCUIRE, LLC, | |
| Counter-Plaintiffs, | |
| v. | |
| VIKASH JAIN, GERALD D. ANDERTON, KARA CHILDRESS, and ALEX CAMPOS, | |
| Third-Party Defendants. | |

On September 2, 2020, the court heard oral argument via Zoom on two discovery motions: (1) defendants Michael DiManno's and Accuire, LLC's motion to compel discovery against plaintiff Amazing Insurance, Inc. and third-party defendants Vikash Jain, Gerald

1

1  Anderton, Kara Childress, and Alex Campos (ECF No. 44); and (2) defendants Michael
2  DiManno's and Accuire, LLC's motion to compel compliance with subpoenas against nonparties
3  Vensure Employer Services, Inc. and Cen Cal Insurance Services (ECF No. 55).
4      Angelica Simpson appeared on behalf of plaintiff and third-party defendants.  Maria-
5  Vittoria Carminati appeared on behalf of defendants.  No counsel appeared on behalf of the
6  nonparties.
7      On August 19, 2020, two weeks prior to the Zoom hearing, attorney Jesse E.M. Randolph
8  filed a response in opposition to defendants' motion to compel against the nonparties.  (ECF No.
9  61.)  Mr. Randolph had previously filed a notice of appearance to serve as additional counsel for
10 plaintiff and third-party defendants.  (ECF No. 46.)  Mr. Randolph did not file a notice of
11 appearance to serve as counsel for the nonparties.  Nevertheless, he filed an opposition to
12 defendants' motion to compel on the nonparties' behalf, and therein, he expressly represented that
13 he and the Randolph Leal Group were counsel for the nonparties.  (ECF No. 61 at 8.)
14     Neither Mr. Randolph nor any other attorney from the Randolph Legal Group appeared at
15 the September 2, 2020 Zoom hearing on defendants' motion to compel.  Consequently, the
16 nonparties were unrepresented at a contested hearing.
17     For the foregoing reasons, the court hereby orders attorney Jesse E.M. Randolph to show
18 cause within fourteen days why he should not be sanctioned $250.00 for failing to appear at the
19 September 2, 2020 hearing.
20     The Clerk of Court is directed to send this order to Jesse E.M. Randolph via ECF.
21     IT IS SO ORDERED.
22 Dated:  September 10, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

26 17.01349.osc

2