UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING INSURANCE, INC., | No. 2:19-cv-01349-TLN-CKD |
| Plaintiff, | |
| v. | ORDER DISCHARGING OSC |
| MICHAEL A. DIMANNO and ACCUIRE, LLC, | |
| Defendants. | |
| | |
| MICHAEL A. DIMANNO and ACCUIRE, LLC, | |
| Counter-Plaintiffs, | |
| v. | |
| VIKASH JAIN, GERALD D. ANDERTON, KARA CHILDRESS, and ALEX CAMPOS, | |
| Third-Party Defendants. | |

On September 9, 2020, the court ordered attorney Jesse E.M. Randolph to show cause within fourteen days why he should not be sanctioned in the amount of $250.00 for failing to appear at a September 2, 2020 hearing in this matter.

On September 23, 2020, Mr. Randolph timely filed a response, which upon review, the

court finds to be adequate.

Accordingly, good cause appearing, the September 9, 2020 order to show cause (ECF No. 67) is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:  September 25, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.01349.osc discharge