**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAZING INSURANCE, INC., a Georgia corporation, ) ) ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | 2:19-cv-01349-TLN-CKD |
| ) | |
| MICHAEL A DiMANNO, an individual, ) and ACCUIRE, LLC, a Florida limited ) liability company, ) ) ) ) ) | **ORDER RE: UNOPPOSED SECOND MOTION TO MODIFY DISCOVERY DEADLINES** |
| Defendants. ) ) | |

_____

MICHAEL A DiMANNO, an individual, )
and ACCUIRE, LLC, a Florida limited liability )
company, )
                      Counter-Plaintiff, )
v. )
 )
VIKASH JAIN, an individual, )
GERALD DOUGLAS ROBERTON, an individual, )
and KARA CHILDRESS, an individual, )
ALEX CAMPOS, an individual )
 )
       Third-Party Defendants. )

The Court has reviewed the Defendant's *Unopposed Second Motion to Modify Discovery Deadlines,* and modifies the Initial Pretrial Scheduling Order as follows:

| | |
|---|---|
| Discovery | January 15, 2021 |
| Initial Expert Disclosures | March 16, 2021 |
| Supplemental Expert Disclosures | April 14, 2021 |
| Dispositive Motions | May 14, 2021 |

Dates: October 9, 2020

_____
Troy L. Nunley
United States District Judge