# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING INSURANCE, INC., a Georgia corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL A DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br><br>                    Defendants. | Civil Action No.<br>2:19-cv-01349-TLN-CKD<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY; ORDER** |

---

MICHAEL A DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,

                    Counter-Plaintiff,

v.

VIKASH JAIN, an individual,
GERALD DOUGLAS ROBERTON, an individual,
and KARA CHILDRESS, an individual,
ALEX CAMPOS, an individual

                    Third-Party Defendants.

## **ORDER**

This matter is before the undersigned on the *Joint Motion to Extend Time to Complete Discovery*. For good cause shown, the Motion is hereby GRANTED and the case deadlines are extended as follows:

    CLOSE OF DISCOVERY: **March 15, 2021**

    INITIAL EXPERT DISCLOSURES: **May 17, 2021**

    SUPPLEMENTAL EXPERT DISCLOSURES: **June 14, 2021**

1     DISPOSITIVE MOTIONS: **July 22, 2021**

3     DATED: December 30, 2020

                                            Troy L. Nunley
                                            United States District Judge