Mohammed Wael Aly (CA #312419)
1515 E Katella Ave, Unit 4138
Anaheim, CA 92805-7901
720-445-5655
mvcarminati@ndh-law.com
*Counsel for Defendants and Counter-Plaintiffs*

NDH LLC
Mario B. Williams (Ga # 235254)
44 Broad Street NW, Suite 200
Atlanta, GA 30303
404-254-0442/ 404-935-9391 FAX
mwilliams@ndh-law.com
*Counsel for Defendants and Counter-Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING INSURANCE, INC., a Georgia corporation, <br><br> Plaintiff, <br> v. <br><br> MICHAEL A DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company, <br><br> Defendants. | Civil Action No. <br> 2:19-cv-01349-TLN-CKD <br><br> **ORDER GRANTING MOTION TO CONTINUE DISCOVERY DEADLINES** |
| MICHAEL A DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company, <br> Counter-Plaintiff, <br> v. <br><br> VIKASH JAIN, an individual, <br> GERALD DOUGLAS ROBERTON, an individual, and KARA CHILDRESS, an individual, <br> ALEX CAMPOS, an individual <br><br> Third-Party Defendants. | |

## ORDER

This matter is before the undersigned on the Consent Motion to Modify Discovery Deadlines. For good cause shown, the Motion is hereby GRANTED, and the case deadlines are extended as follows:

Close of Discovery: April 15, 2021

Initial Expert Disclosures: June 15, 2021

Supplemental Expert Disclosures: July 15, 2021

Dispositive Motions: **August 26, 2021**

DATED: March 2, 2021

Troy L. Nunley
United States District Judge