# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING INSURANCE, INC, a Georgia corporation,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MICHAEL A. DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br><br>Defendants/Counterclaim Plaintiffs.<br><br>―――――――――――――――――――<br><br>MICHAEL A. DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>VIKASH JAIN, an individual, GERALD DOUGLAS ANDERTON, an individual, KARA CHILDRESS, an individual, and ALEX CAMPOS, an individual,<br><br>Third-Party Defendants. | Case No. 2:19-cv-01349-TLN-CKD<br><br>**ORDER GRANTING MOTION TO MODIFY DISCOVERY DEADLINES** |

## **ORDER**

This matter is before the undersigned on the Consent Motion to Modify Discovery Deadlines. For good cause show, the Motion is hereby GRANTED, and the case deadlines are extended as follows:

Close of Discovery: **May 31, 2021**

Initial Expert Disclosures: **August 2, 2021**

Supplemental Expert Disclosures: **August 31, 2021**

1 | Dispositive Motions: **October 14, 2021**

3 | DATED: March 31, 2021

Troy L. Nunley
United States District Judge