# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING INSURANCE, INC, a Georgia corporation,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MICHAEL A. DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br><br>　　Defendants/Counterclaim Plaintiffs.<br>_____<br>MICHAEL A. DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br><br>　　Counterclaim Plaintiffs,<br><br>v.<br><br>VIKASH JAIN, an individual, GERALD DOUGLAS ANDERTON, an individual, KARA CHILDRESS, an individual, and ALEX CAMPOS, an individual,<br><br>　　Third-Party Defendants. | Case No. 2:19-cv-01349-TLN-CKD<br><br><br>**ORDER GRANTING MOTION TO MODIFY DISCOVERY DEADLINES** |

## **ORDER**

This matter is before the undersigned on the Consent Motion to Modify Discovery Deadlines. For good cause show, the Motion is hereby GRANTED, and the case deadlines are extended as follows:

　　Close of Discovery:　　　　　　　　July 15, 2021

　　Initial Expert Disclosures:　　　　　　September 15, 2021

　　Supplemental Expert Disclosures:　　October 15, 2021

Dispositive Motions: December 1, 2021

DATED: May 7, 2021

_____
Troy L. Nunley
United States District Judge