UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZING INSURANCE, INC, a Georgia corporation,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MICHAEL A. DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br><br>Defendants/Counterclaim Plaintiffs.<br><hr>MICHAEL A. DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>VIKASH JAIN, an individual, GERALD DOUGLAS ANDERTON, an individual, KARA CHILDRESS, an individual, and ALEX CAMPOS, an individual,<br><br>Third-Party Defendants. | Case No. 2:19-cv-01349-TLN-CKD<br><br>**ORDER GRANTING MOTION TO MODIFY DISCOVERY DEADLINES** |

This matter is before the undersigned on the Consent Motion to Modify Discovery Deadlines. (ECF No. 87.) For good cause show, the motion is hereby **GRANTED**, and the case deadlines are extended as follows:

///

///

| | |
|---|---|
| Close of Discovery: | **September 15, 2021** |
| Initial Expert Disclosures: | **November 15, 2021** |
| Supplemental Expert Disclosures: | **December 15, 2021** |
| Dispositive Motions: | **February 1, 2022** |

IT IS SO ORDERED.

DATED: June 30, 2021

Troy L. Nunley
United States District Judge