Mohammed Wael Aly (CA #312419)
1515 E Katella Ave, Unit 4138
Anaheim, CA 92805-7901
714-414-3736
mohammedwaly@gmail.com
*Counsel for Defendants and Counter-Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAZING INSURANCE, INC., a Georgia corporation,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>MICHAEL A DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br><br>　　　　　　　　　　Defendants. | Civil Action No.<br>2:19-cv-01349-TLN-CKD<br><br><br><br>**NOTICE OF APPEARANACE** |
| MICHAEL A DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br>　　　　　　　　　　Counter-Plaintiff,<br>v.<br><br>VIKASH JAIN, an individual,<br>GERALD DOUGLAS ANDERRTON, an individual,<br>KARA CHILDRESS, an individual, and<br>ALEX CAMPOS, an individual<br><br>　　　　　　　　　　Third-Party Defendants. | **JURY DEMANDED** |

COMES NOW, the undersigned Mohammed Wael Aly, and files this notice of appearance as counsel of record for Michael A. DiManno and Accuire, LLC, Defendants and Counter-Claim Plaintiffs.

DATED: December 10, 2021.

/s/ *Mohammed W. Aly*
Mohammed Wael Aly (CA #312419)
1515 E Katella Ave, Unit 4138
Anaheim, CA 92805-7901
714-414-3736
mohammedwaly@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *NOTICE OF APPEARANCE* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 10th day of December 2021,

/s/ *Mohammed W. Aly*
Mohammed Wael Aly (CA #312419)
1515 E Katella Ave, Unit 4138
Anaheim, CA 92805-7901
714-414-3736
mohammedwaly@gmail.com