The Law Offices of Nathan W. Hicks & Assoc., APLC
Nathan W. Hicks, Esq. (CA Bar 236269)
5091 Paris Way
Irvine, CA  92604
(949) 278.8489
nwhicks@lawofficesnwh.com
*Counsel for Defendants and Counter-Plaintiffs*

John M. Shoreman (*pro hac vice*)
McFadden & Shoreman
1050 Connecticut Avenue, NW
Suite 500
Washington, DC  20036
jms@mcfaddenshoreman.com
*Counsel for Defendants and Counter-Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAZING INSURANCE, INC., a Georgia corporation,<br><br>                              Plaintiff,<br>v.<br><br>MICHAEL A DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br>                              Defendants. | Civil Action No.<br>2:19-cv-01349-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND THE CLOSE OF FACT DISCOVERY** |
| MICHAEL A DiMANNO, an individual, and ACCUIRE, LLC, a Florida limited liability company,<br>                              Counter-Plaintiff,<br>v.<br><br>VIKASH JAIN, an individual,<br>GERALD DOUGLAS ROBERTON, an individual, and KARA CHILDRESS, an individual,<br>ALEX CAMPOS, an individual<br><br>                              Third-Party Defendants. | |

## STIPULATION

PLEASE TAKE NOTICE THAT all parties to this case (the "Stipulating Parties") stipulate as provided below with reference to the following facts.

WHEREAS, fact discovery is currently scheduled to close on August 13, 2022, pursuant to the Court's Order of May 11, 2022 [Dkt. 106]; and,

WHEREAS, even though the Stipulating Parties have co-operated and made a diligent effort to complete fact discovery, the Stipulating Parties have been unable to complete the depositions of several third-party fact witnesses due to conflicts in schedules and difficulties experienced in the service of subpoenas; and,

WHEREAS, there is currently pending before this Court a consolidation Motion in a related case, Case no 2:18-cv-02066-TLN-CKD, the outcome of which would modify further the discovery deadlines and responsibilities in this case; and

WHEREAS, the Stipulating Parties require additional time to complete fact discovery given the importance of obtaining the deposition testimony of certain third-party witnesses to this action.

NOW, THEREFORE, the Stipulating Parties hereby stipulate to an extension of the discovery cut-off until October 14, 2022.

Dated: 8/11/2022                                                McFADDEN & SHOREMAN

*/s/ John M. Shoreman*
JOHN M. SHOREMAN
Attorney for Michael A. DiManno
And Accuire LLC


MORLEY MASON, PLC

                      */s/ Benjamin K. Mason*
                      BENJAMIN K. MASON
                      Attorney for Amazing Insurance, Inc.,
                      Alex Campos, Vikash Jain, Gerald
                      Douglas Anderton and Kara Childress

**IT IS SO ORDERED.**  All other deadlines contained within the Initial Pretrial Scheduling Order that are governed by the fact discovery cutoff shall be based upon the new discovery cutoff.

Dated: August 12, 2022

                      Troy L. Nunley
                      United States District Judge