

United States District Court
Eastern District of California

| Amazing Insurance, Inc. |
|---|

Plaintiff(s)

V.

| Accuire, LLC and Mike DiManno |
|---|

Defendant(s)

Case Number: 2:19-cv-01349-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John M. Shoreman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Accuire, LLC and Mike DiManno

On 02/09/1987 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Pro hac vice application filed concurrently in consolidated case: Zurich American v. VForce, 2:18-cv-02066

Date: 10/24/2023            Signature of Applicant: /s/ John M. Shoreman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | John M. Shoreman |
| Law Firm Name: | McFadden & Shoreman |
| Address: | 1050 Connecticut Avenue, NW |
| | Suite 500 |
| City: | Washington    State: DC    Zip: 20036 |
| Phone Number w/Area Code: | (571) 296-8450 |
| City and State of Residence: | Arlington, VA |
| Primary E-mail Address: | jms@mcfaddenshoreman.com |
| Secondary E-mail Address: | jmshoreman@verizon.net |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Lisa D. Nicolls |
| Law Firm Name: | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| Address: | 555 Capitol Mall, Suite 850 |
| | |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | 916-446-2300    Bar # 234376 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

As reflected in the docket of the *Zurich* action, attorney Shoreman's appearance as counsel in this case has raised several concerns, particularly with regard to the improper use of an attorney's filing credentials and misrepresentation of that attorney's role as local counsel in this case, without that attorney's knowledge or permission. (*See* Doc. Nos. 156, 161, 162, 163, 164.) In light of this disturbing history, the court finds it appropriate to caution attorney Lisa Denise Nicolls, new local counsel who has filed a notice of appearance and sponsored attorney Shoreman's *pro hac vice* applications in both the *Zurich* and *Amazing* actions, that she will be held responsible for all filings that utilize her credentials and must be responsive to the court's communications. Further attorney Nicolls is reminded that pursuant to Local Rule 180(b)(2), she must be prepared to "readily communicate" with "the court and opposing counsel" regarding attorney Shoreman's "conduct of the[se] action[s]."

Dated: October 25, 2023

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT